IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Lindsay Ann Duneske, sui juris, in propria persona,
Petitioner,

vs.

Charles P. Nerswick,
18337 Elwell Rd
Belleville MI 48111
ATTORNEY OF RECORD
ANDREW FANTA
4930 Washtenaw Ave.
Ann Arbor MI 48108

Respondent.

Civil Action No. _____

CLAIM OF HARM AND TRESPASS, AND DEMAND FOR JURY TRIAL AND EMERGENCY
INJUNCTIVE RELIEF

JURISDICTION
This lawsuit is brought before this Federal Court pursuant to 28 U.S.C. § 1331, as it involves
federal questions regarding violations of constitutional rights and federal laws, as well as the
involvement of federal entities including but not limited to the United States Postal Service
(USPS) and the Federal Bureau of Investigation (FBI).

PARTIES
Petitioner, Lindsay Ann Duneske, is sui juris and appears in propria persona. Respondent,
Charles P. Nerswick, is the named party against whom this action is brought.

NATURE OF THE CLAIM
Petitioner brings forth this claim against the respondent alleging numerous violations of rights,
including but not limited to:
1. Violations of due process and equal treatment of law.
2. Right to be free from involuntary servitude and deprivation of parental child consortium.
3. Violations of federal law, including but not limited to kidnapping (18 U.S.C. § 1201), hostage
taking (18 U.S.C. § 1203), and stealing mail from Lindsay Ann Duneske's mailbox (18 U.S.C. §
1708).
4. Fraudulent actions, such as signing for and accepting court documents that were from his
attorney to Lindsay Ann Duneske to prevent proper service.

5. Harassment, stalking, breaking and entering, larceny, malicious destruction of property, and intentional infliction of mental and emotional harm.

6. Torture, debauchery, unlawfull tracking, unlawfull recording and surveillancing, slander, liable, defamation, tampering with a witness, vexatious litigation, false allegations, and perjury.

7. Domestic violence, including death threats, suicide threats, and physical attacks and threating and attempting to run Lindsay Ann Duneske over with an oversized pick up truck.

8. Conspiracy to deprive rights under 18 U.S.C. § 241, and 242.

FACTUAL ALLEGATIONS

The petitioner alleges that the respondent intentionally engaged in a pattern of conduct aimed at causing harm, trespass, and deprivation of rights. These actions include but are not limited to physical assaults, threats of violence, interference with legal processes, and emotional manipulation. Furthermore, the involvement of federal entities exacerbates the severity of the violations and underscores the need for judicial intervention.

LEGAL REFERENCES

- Constitutional rights including the Fifth and Fourteenth Amendments to the United States Constitution.
- Federal laws such as 18 U.S.C. § 241 (Conspiracy Against Rights), 18 U.S.C. § 1201 (Kidnapping), 18 U.S.C. § 1203 (Hostage Taking), and 18 U.S.C. § 1708 (Theft or Receipt of Stolen Mail Matter).
- Relevant statutes, codes, rules, amendments, case law, and previous conclusions of law applicable to the claims raised in this action.

DEMAND FOR RELIEF

Petitioner demands the following relief from this court:

1. Compensatory damages for the harm suffered.
2. Emergency Injunctive relief to prevent further violations of rights.
3. Punitive damages to deter similar conduct in the future.
4. Any other relief that the or the interests of justice require.

JURY TRIAL DEMAND
Petitioner demands a trial by jury on all issues so triable.

PRAYER FOR RELIEF
WHEREFORE, petitioner prays for judgment against the respondent for the relief demanded herein, together with costs, fees, and such other and further relief as this court deems just and proper.

RESPECTFULLY SUBMITTED,

Date: May 5th, 2024

Lindsay Ann Duneske, Living Woman
Sui Juris in Propria Persona Petitioner
/s/ Lindsay Ann Duneske
Phone # 734-818-0804
PO Box 274
Roseville MI 48066